460 A.2d 860

Harhai v. (Harhai) Hart, Appellant.

Before POPOVICH, MONTGOMERY and VAN der VOORT, JJ.

Order affirmed.

460 A.2d 860

Hickey, Appellant v. Hickey.

Before POPOVICH, MONTGOMERY and VAN der VOORT, JJ.

Order affirmed.